IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00065-BO
Western Division

| | |
|---|---|
| SHARON KALTENEGGER, )<br>Plaintiff, )<br>v. )<br> )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>Defendant. )<br> )<br> ) | ORDER |

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,675.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $7,293.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 10 day of June, 2015.

_Terrence Boyle_
United States District Judge